Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53466.**—Hecht Levis & Kahn, Inc. v. United States, protest 138868–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53467.**—Frederick Miller v. United States, protests 147629–K (A) and 147630–K (A) (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53468.**—South American Minerals & Merchandise Corporation v. United States, protest 147141–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53469.**—Van Raalte Co. v. United States, protests 620500–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise consists of knit fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) were made. The claim of the plaintiff was therefore sustained.

**No. 53470.**—B. Altman & Co. v. United States, protest 136531–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 53471.**—Pearson International, Inc. v. United States, protest 136539–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 53472.**—H. Reeve Angel & Co., Inc. v. United States, protests 143869–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, AUGUST 9, 1949

**No. 53473.**—Maywood Chemical Works v. United States, protests 113610–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of cocoa residue or cocoa expeller cake similar in all material respects to the cocoa residue the subject of *Maywood Chemical Works et al.* v. *United States* (22 Cust. Ct. 87, C. D. 1165), the claim of the plaintiff was sustained.

**No. 53474.**—Maywood Chemical Works *v.* United States, protests 137893–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of cocoa residue or cocoa expeller cake similar in all material respects to the cocoa residue the subject of *Maywood Chemical Works et al.* v. *United States* (22 Cust. Ct. 87, C. D. 1165), the claim of the plaintiff was sustained.

**No. 53475.**—Joseph Horne Co. *v.* United States, protest 49333–K (Pittsburgh).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53476.**—Edw. & John Burke et al. *v.* United States, protests 143384–K, etc. (Los Angeles).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, AUGUST 11, 1949

**No. 53477.**—Agash Refining Corp. *v.* United States, petition 6676–R (New York).

Opinion by OLIVER, C. J. The petition was dismissed.

BEFORE THE FIRST DIVISION, AUGUST 15, 1949

**No. 53478.**—Yardley & Co., Ltd. *v.* United States, protests 87393–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.